UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF NEW YORK

ROBERT W. VERYZER,                    )     CASE NO.  1:05-CV-263 TJM/RFT
                                      )
           Plaintiff,                 )
                                      )
vs.                                   )
                                      )
                                      )
SMITHKLINE BEECHAM CORP. d/b/a        )
GLAXOSMITHKLINE, INC.                 )
                                      )
           Defendant.                 )
                                      )

```
┌────────────────────────────────────┐
│ U.S. DISTRICT COURT - N.D. OF N.Y.  │
│            F I L E D                │
│          MAY - 9 2006               │
│ AT_____ O'CLOCK_____            │
│ Lawrence K. Baerman, Clerk - Binghamton │
└────────────────────────────────────┘
```

**AGREED ORDER GRANTING MOTION TO DISMISS AND MOTION FOR STAY**

On this day, the Court considered Defendant SmithKline Beecham Corporation d/b/a GlaxoSmithKline's Motion to Dismiss and Conditional Motion for Stay. The Court, having been informed that the parties have reached an agreement as described below, finds and orders as follows:

1.      Plaintiff's claim based on the Hepatitis A vaccine, Havrix®, is dismissed without prejudice and may not be re-filed until either (i) a judgment on Plaintiff's petition for compensation as to any claim based on Havrix® has been entered by the U.S. Court of Federal Claims ("Vaccine Court") and Plaintiff has filed a timely election to reject that judgment under 42 U.S.C.A. § 300aa-21(a); or (ii) Plaintiff has filed a timely notice of withdrawal of any claim based on Havrix® from the Vaccine Court pursuant to 42 U.S.C.A. § 300aa-21(b).

2.      The remaining proceedings in this matter are hereby stayed pending the conclusion of the events described above in paragraph 1.

SIGNED this _8th_ day of _May_____, 2006.

_Thomas J. McEvoy_

UNITED STATES DISTRICT JUDGE